**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Vernon Hedin

Plaintiff,

vs. CV 01-1216 RHK/RLE

METROPOLITAN LIFE INSURANCE

Defendant.

**NOTICE OF COURT TRIAL**

A **COURT TRIAL** is scheduled for Monday, June 24, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #1, Duluth, Minnesota.

May 17, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAY 17 2002
Richard D. Sletten, Clerk

By:______________________